## Alexander Snyder vs. Charles A. Olmstead.

An order for depositing books &c. with county clerk for the benefit of a party, must be strictly complied with. Leave given to the party seeking discovery, to examine the books &c. at the store of the owner, will not answer as a substitute. A motion to vacate an order for depositing books &c., should first be made before the officer granting it.

*Motion by plaintiff to vacate order of circuit judge, requiring books to be deposited with county clerk.*—This motion was made by plaintiff, to vacate the order of the circuit judge, requiring plaintiff to deposit books &c. with the county clerk, on the ground that the plaintiff had given defendant's attorney leave to examine the books and papers &c. which related only to the suit in controversy, at the store of the plaintiff.

E. Pearson, *Plffs Counsel.*          E. Pearson, *Plffs Atty.*

M. T. Reynolds, *Defts Counsel.*          L. J. Lansing, *Defts Atty.*

JEWETT, Justice.—The plaintiff can not substitute that mode of examination, as a compliance with the order; he should have deposited his books, &c., according to the order. The motion to vacate the order should have been made before the officer granting it in the first place.

Motion denied with costs.